# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-940-616

**Effective date of
registration:**

June 16, 2008

---

## Title

**Title of Work:** The Adoration of Jenna Fox

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** April 29, 2008     **Nation of 1st Publication:** United States

## Author

■     **Author:** Mary E. Pearson

**Author Created:** Original Text

**Work made for hire:** No

**Citizen of:** United States

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Mary E. Pearson

6502 La Paloma Court, Carlsbad, CA, 92009

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Mimi Ross

**Date:** June 12, 2008

**IPN#:**

**Registration #:**    TX0006940616

**Service Request #:**    I-79947438

Henry Holt and Company, LLC
Mimi Ross
175 5th Avenue, 10th Floor
New York, NY 10010

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tuyle*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-695-641**

**Effective Date of Registration:**
December 19, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | ATOMIC HABITS: An Easy and Proven Way to Build Good Habits and Break Bad Ones |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | October 16, 2018 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 978-0-7352-1129-2 |

## Author

| | |
|---|---|
| • **Author:** | James Clear |
| **Author Created:** | text (excluding brief excerpts from other sources) |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | James Clear |
| | c/o Penguin Random House LLC, 1745 Broadway, New York, NY, 10019, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | brief excerpts from other sources |
| **New material included in claim:** | text (excluding brief excerpts from other sources) |

## Certification

| | |
|---|---|
| **Name:** | Sharon Watson |
| **Date:** | December 18, 2018 |

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

Registration Number

**TX 8-331-852**

Effective Date of Registration:
March 11, 2016

### Title

| | |
|---|---|
| Title of Work: | BALTO OF THE BLUE DAWN |
| Series Title: | MAGIC TREE HOUSE #54, A MERLIN MISSION |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | January 05, 2016 |
| Nation of 1st Publication: | United States |
| International Standard Number: | ISBN 9780553510867 |

### Author

| | |
|---|---|
| • Author: | Mary Pope Osborne |
| Author Created: | text |
| Citizen of: | United States |

### Copyright Claimant

Copyright Claimant: Mary Pope Osborne
c/o Brandt & Hochman Literary Agents, 1501 Broadway #2310, New York, NY,
10036, United States

### Rights and Permissions

Organization Name: Random House Children's Books
Address: c/o Penguin Random House LLC
1745 Broadway
New York, NY 10019 United States

### Certification

Name: Melanie Flaherty
Date: March 02, 2016

Registration #:   TX0008331852
Service Request #:   1-3177739262

Penguin Random House LLC
Melanie Flaherty
1745 Broadway
New York, NY 10019 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## SR 808-509

**Effective Date of Registration:**
December 07, 2017

---

## Title

        **Title of Work:** Catch-22

## Completion/Publication

        **Year of Completion:** 2017
        **Date of 1st Publication:** August 29, 2017
        **Nation of 1st Publication:** United States
        **International Standard Number:** ISBN 9781508251521

## Author

        ●     **Author:** Simon & Schuster, Inc.
        **Author Created:** sound recording
        **Work made for hire:** Yes
        **Domiciled in:** United States

        ●     **Author:** Jay O. Sanders
        **Author Created:** Performance
        **Citizen of:** United States

## Copyright Claimant

        **Copyright Claimant:** Simon & Schuster, Inc.
        1230 Avenue of the Americas, New York, NY, 10020, United States
        **Transfer statement:** By written agreement

## Limitation of copyright claim

        **Material excluded from this claim:** Archival recording

        **New material included in claim:** sound recording

## Rights and Permissions

        **Organization Name:** Simon & Schuster, Inc.

**Address:**  1230 Avenue of the Americas
Attn: Permissions
New York, NY 10020 United States

## Certification

**Name:**  Lauren Horvath
**Date:**  December 04, 2017
**Applicant's Tracking Number:**  SS 10002295 (Heller)

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE  419 328 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| FEB 16 1989 |
| (Month)  (Day)  (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**1**
Name ... Joseph Heller
Address ... 68 Skim Hampton Road, East Hampton, NY  11937
Claiming as ... the author
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

CATCH-22

**RENEWABLE MATTER:**

The entire work except for the first chapter which appeared as a short story in _The Western Quarterly_ in 1955.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: ...........

If a periodical or other serial, give: Vol. .......  No. .......  Issue Date ...........

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

Joseph Heller

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
A 531822

**ORIGINAL COPYRIGHT CLAIMANT:**
Joseph Heller

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: October 10, 1961
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION: ...........
(Month) (Day) (Year)

RE    419 328

EXAMINED BY:
CHECKED BY:
DEPOSIT ACCOUNT FUNDS USED: ☑
RENEWAL APPLICATION RECEIVED:
Feb 16 1989
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed. request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ...........................................................................
Title of Periodical: ........................................ Vol.......... No.......... Issue Date ...........
Date of Publication: .................................................... Registration Number: ...........
(Month)      (Day)      (Year)

**2**
Title of Contribution: ...........................................................................
Title of Periodical: ........................................ Vol.......... No.......... Issue Date
Date of Publication: .................................................... Registration Number:
(Month)      (Day)      (Year)

**3**
Title of Contribution: ...........................................................................
Title of Periodical: ........................................ Vol.......... No.......... Issue Date
Date of Publication: .................................................... Registration Number:
(Month)      (Day)      (Year)

**4**
Title of Contribution: ...........................................................................
Title of Periodical: ........................................ Vol.......... No.......... Issue Date
Date of Publication: .................................................... Registration Number:
(Month)      (Day)      (Year)

**5**
Title of Contribution: ...........................................................................
Title of Periodical: ........................................ Vol.......... No.......... Issue Date
Date of Publication: .................................................... Registration Number:
(Month)      (Day)      (Year)

**6**
Title of Contribution: ...........................................................................
Title of Periodical: ........................................ Vol.......... No.......... Issue Date
Date of Publication: .................................................... Registration Number:
(Month)      (Day)      (Year)

**7**
Title of Contribution: ...........................................................................
Title of Periodical: ........................................ Vol.......... No.......... Issue Date
Date of Publication: .................................................... Registration Number:
(Month)      (Day)      (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Simon & Schuster Inc.
Account Number: DA013137

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Mr. Peter Anderson
Address: as below
tel 212-698-7045
(Apt.)
(City)      (State)      (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant
☒ duly authorized agent of Joseph Heller
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Peter Anderson
Typed or printed name: Peter Anderson
Date: February 9, 1989

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Peter Anderson, Simon & Schuster Inc.
(Name)
1230 Avenue of the Americas, 10th flr.
(Number, Street and Apartment Number)
New York, NY 10020
(City)      (State)      (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE: 1978—261-022/10                Apr. 1978—500,000

Type of Work:          Text

Registration Number / Date:
                       TX0007814165 / 2013-11-15

Application Title: DAVID AND GOLIATH: UNDERDOGS, MISFITS, AND THE ART OF
                       BATTLING GIANTS.

Title:                 DAVID AND GOLIATH: UNDERDOGS, MISFITS, AND THE ART OF
                       BATTLING GIANTS.

Description:           Book, 305 p.

Copyright Claimant:
                       Malcolm Gladwell.

Date of Creation:  2013

Date of Publication:
                       2013-10-01

Nation of First Publication:
                       United States

Authorship on Application:
                       Malcolm Gladwell. Authorship: text.
                       Malcolm Gladwell, employer for hire. Authorship: editing.

Copyright Note:    C.O. correspondence.
                       Regarding limitation of claim: Deposit contains some
                         preexisting quotations from a variety of sources.

ISBN:                  9780316204361

Names:                 Gladwell, Malcolm

================================================================================

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-251-076

**Effective date of
registration:**

September 29, 2010

## Title ───────────────────────────────

**Title of Work:** A Dog's Purpose

## Completion/Publication ──────────────

**Year of Completion:** 2009

**Date of 1st Publication:** June 17, 2010     **Nation of 1st Publication:** United States

## Author ──────────────────────────────

■     **Author:** W. Bruce Cameron

**Author Created:** Text

**Work made for hire:** No

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant ─────────────────

**Copyright Claimant:** W. Bruce Cameron

C/o Tom Doherty Associates, LLC, 175 5th Avenue, New York, NY 10010-
7848

## Limitation of copyright claim ─────────

**Previously registered:** No

## Certification ───────────────────────

**Name:** Ria Almestica

**Date:** June 30, 2010

**Registration #:**   TX0007251076

**Service Request #:**   1-497441866



Tom Doherty Associates, LLC
Ria Almestica
175 Fifth Avenue, Room 603
New York, NY 10010-7848

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 8-049-954

**Effective Date of Registration:**
March 27, 2015

---

## Title

| | |
|---|---|
| Title of Work: | ECHO |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | March 01, 2015 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Pam Munoz Ryan |
| Author Created: | text |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Pam Munoz Ryan<br>c/o Scholastic Inc., 557 Broadway, New York, NY, 10012, United States |

## Certification

| | |
|---|---|
| Name: | Heather T. Irving |
| Date: | March 20, 2015 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tisler*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-577-472

**Effective Date of Registration:**
March 19, 2018

## Title

**Title of Work:**   EDUCATED   A Memoir

## Completion/Publication

**Year of Completion:**   2017
**Date of 1st Publication:**   February 20, 2018
**Nation of 1st Publication:**   United States
**International Standard Number:**   ISBN 9780399590504

## Author

- **Author:**   Tara Westover
  **Author Created:**   Text excluding text from other sources
  **Citizen of:**   United States
  **Year Born:**   1986

## Copyright Claimant

**Copyright Claimant:**   Second Sally, Ltd.
c/o ICM Partners, 65 East 55th Street, New York, NY, 10022, United States
**Transfer statement:**   By written agreement

## Limitation of  copyright claim

**Material excluded from this claim:**   Text from other sources

**New material included in claim:**   Text excluding text from other sources

## Rights and Permissions

**Organization Name:**   Penguin Random House LLC
**Address:**   1745 Broadway
15th Floor
New York, NY 10019 United States

## Certification

**Name:** Deborah Foley
**Date:** March 16, 2018

**Registration #:**   TX0008577472
**Service Request #:**   1-6390622925

Penguin Random House LLC
Deborah Foley
1745 Broadway
15th Floor
New York, NY 10019 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-877-719

**Effective date of
registration:**

March 31, 2014

---

## Title
**Title of Work:** The Finisher

## Completion/Publication
**Year of Completion:** 2014

**Date of 1st Publication:** March 4, 2014    **Nation of 1st Publication:** United States

## Author
**Author:** David Baldacci

**Author Created:** text

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** David Baldacci

c/o Scholastic Inc., 557 Broadway, New York, NY, 10012, United States

## Certification
**Name:** Heather T. Irving

**Date:** March 28, 2014

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Cresh*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-581-248**

Effective Date of Registration:
April 26, 2018

---

## Title
Riverhead

Title of Work:   THE FRIEND

---

## Completion/Publication

Year of Completion:   2017
Date of 1st Publication:   February 06, 2018
Nation of 1st Publication:   United States
International Standard Number:   ISBN 978-0-7352-1944-1

## Author

• 　 Author:   Sigrid Nunez
Author Created:   text
Work made for hire:   No
Citizen of:   United States

## Copyright Claimant

Copyright Claimant:   Sigrid Nunez
c/o Penguin Random House LLC, 375 Hudson Street, New York, NY, 10014,
United States

---

## Certification

Name:   Heather Lewis
Date:   April 24, 2018

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Leslie*

United States Register of Copyrights and Director



**Registration Number**
**TX 8-736-797**
**Effective Date of Registration:**
March 20, 2019

---

## Title

Title of Work:   Girl, Stop Apologizing

## Completion/Publication

Year of Completion:   2019
Date of 1st Publication:   March 11, 2019
Nation of 1st Publication:   United States
International Standard Number:   ISBN 9781400209606

## Author

• Author:   Rachel Hollis
Author Created:   text
Work made for hire:   No
Citizen of:   United States
Year Born:   1983

## Copyright Claimant

Copyright Claimant:   Rachel Hollis
HarperCollins Leadership, 501 Nelson Place, Nashville, TN, 3/214, United States

## Limitation of copyright claim

Material excluded from this claim:   Pages i - ii

New material included in claim:   text

## Rights and Permissions

Organization Name:   HarperCollins Publishing
Name:   Linda R. Russell
Email:   linda.russell@harpercollins.com
Telephone:   (615)902-1188
Address:   Thomas Nelson Publishing

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tugle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-600-133

Effective Date of Registration:
July 20, 2018

## Title

| | |
|---|---|
| Title of Work: | GOD SAVE TEXAS: A Journey into the Soul of the Lone Star State |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | April 17, 2018 |
| Nation of 1st Publication: | United States |
| International Standard Number: | ISBN 9780525520108 |

## Author

| | |
|---|---|
| • Author: | Lawrence Wright |
| Author Created: | text |
| Work made for hire: | No |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Lawrence Wright |
| | c/o The Wylie Agency, LLC, 250 West 57th Street, Suite 2114, New York, NY, 10107 |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | artwork, brief quotes from other sources and some previously published material |
| New material included in claim: | text, excluding some previously published material, artwork and brief quotes from other sources |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Alfred A. Knopf |
| Address: | c/o Penguin Random House LLC |
| | 1745 Broadway |
| | New York, NY 10019 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-436-954**

Effective Date of Registration:
August 23, 2017

---

## Title

Title of Work:   THE HATE U GIVE

## Completion/Publication

Year of Completion:   2017
Date of 1st Publication:   February 01, 2017
Nation of 1st Publication:   United States

## Author

- Author:   Angela Thomas
  Author Created:   text
  Citizen of:   United States
  Domiciled in:   United States

## Copyright Claimant

Copyright Claimant:   Angela Thomas
c/o HarperCollins Publishers, 195 Broadway, New York, NY, 10007, United
States

## Certification

Name:   Leigh Browne
Date:   August 22, 2017

**FORM R**



REGISTRATION NO.

R   328107

DO NOT WRITE HERE

# Certificate of Registration of a Claim to Renewal Copyright

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office.   In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Renewal Claimant(s), Address(es), and Statement of Claim:**

(a) Name .... Dorothy Carnegie ........

Address .... 27 Wendover Road, Forest Hills 75, New York ....

Claiming as ........ widow * ~~wife~~ of deceased author ....

(b) Name ....................................

Address ....................................

Claiming as ....................................

(c) Name ....................................

Address ....................................

Claiming as ....................................

**2. (a) Title:**

.... HOW TO WIN FRIENDS AND INFLUENCE PEOPLE ....

....................................

**(b) Renewable Matter:**

....................................

**(c) Contribution to Periodical or Other Composite Work:**

....................................
(Title of periodical or composite work)

If a periodical, give: Vol. ............; No. ............; Date ....................................

**3. Authors of Renewable Matter:**

.... Dale Carnegie ....

**4. Facts of Original Registration:**

Original registration number: Class .... A .... No. .... 99796 ....

If registered as published, give date of publication .... November 4, 1936 ....

If registered as unpublished, give date of registration ....................................

**Deposit account:**

Simon and Schuster, Inc.

**Send correspondence to:**

ume _____    Address Simon and Schuster
Patricia White

**Send certificate to:**

Name    Norman Mohard c/o Simon and Schuster, Inc.
Patricia White

Address    630 Fifth Avenue
(Number and street)

New York    20    N. Y.
(City)    (Zone)    (State)

## Information concerning renewal copyright

Two important points must be kept in mind with respect to renewal copyright: (1) there are strict time limits for securing and (2) it can be claimed only by certain specified persons named in the law.

### Time limits

*When to renew.* The original term of copyright in a published rk lasts for 28 years from the date of publication; in the case a work originally registered in unpublished form, the copyht term lasts for 28 years from the date of registration in the pyright Office. In either case, the copyright may be renewed a second 28-year term only if an acceptable claim is registed in the Copyright Office within the last (28th) year of the ginal copyright term. For example, a work copyrighted on January 1, 1940, would be eligible for renewal between January 1, 1967, and January 1, 1968.

*Caution:* Unless a valid renewal claim and fee are *received* in the Copyright Office before the first copyright term expires, copyright protection is lost permanently and the work enters the public domain. The Copyright Office has no discretion to extend the renewal time limits.

### How to register your claim

*Procedure to follow.* Complete an application for renewal ;istration on Form R and send it to the Register of Copyrights, Washington 25, D. C. The application should be accompanied by the registration fee of $2.00. Do not send copies of the work.

### Who may claim renewal

Except in the case of five specific types of works, the law gives the right to claim renewal to the individual author of the work, ;ardless of who owned the copyright during the original term. If the author is deceased, the statute gives the right to claim iewal to certain of his statutory beneficiaries as explained below. The present owner (proprietor) of a copyright is entitled to im renewal *only* in the five cases listed in Paragraph B, below.

The following persons may claim renewal in all types of works except those enumerated in Paragraph B, below:

1. The author, if living. State the claim as: *the author.*
2. The widow, widower, and/or children of the author, if the author is not living. State the claim as: *the widow (widower) of the author* and/or *the child (children) of the deceased author.*
3. The author's executors, if the author left a will and if

there is no surviving widow, widower, or child. State the claim as: *the executors of the author.*

4. The next of kin of the author, if the author left no will and if there is no surviving widow, widower, or child. State the claim as: *the next of kin of the deceased author, there being no will.*

In the case of the following five types of works, the proprietor (owner of the copyright at the time of renewal registration) may claim renewal:

1. Posthumous work (work first published and copyrighted after the death of the author). State the claim as: *proprietor of copyright in a posthumous work.*
2. Periodical, cyclopedic, or other composite work. State the claim as: *proprietor of copyright in a composite work.*
3. "Work copyrighted by a corporate body otherwise than as assignee or licensee of the individual author." State the claim as: *proprietor of copyright in a work copyrighted by*

a corporate body otherwise than as assignee or licensee of the individual author. (This type of claim is considered appropriate in relatively few cases.)

4. Work copyrighted by an employer for whom such work was made for hire. State the claim as: *proprietor of copyright in a work made for hire.*
5. Print or label originally registered in the Patent Office prior to July 1, 1940. State the claim as: *proprietor of copyright in a print or label.*

---

**FOR COPYRIGHT OFFICE USE ONLY**

Application received

DEC 23 1963

Fee received

*Amended by Copyright Office (Cert.)

```
Type of Work:        Text

Registration Number / Date:
                     TX0007036191 / 2008-12-22

Application Title: The Hunger Games  978-0-439-02348-1.

Title:               The Hunger Games  978-0-439-02348-1.

Description:         Book, 374 p.

Copyright Claimant:
                     Suzanne Collins.

Date of Creation:  2008

Date of Publication:
                     2008-10-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Suzanne Collins; Citizenship: United States. Authorship:
                       Text.

Names:               Collins, Suzanne
```

===============================================================================

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## TX 8-071-643
**Effective Date of Registration:**
August 12, 2015

## Title _____

**Title of Work:** IN THE UNLIKELY EVENT

## Completion/Publication _____

**Year of Completion:** 2014
**Date of 1st Publication:** June 02, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781101875049

## Author _____

- **Author:** Judy Blume
  **Author Created:** text, excluding brief quote from other source
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Judy Blume
c/o William Morris Endeavor Entertainment, LLC, 1325 Avenue of the
Americas, New York, NY, 10019

## Limitation of copyright claim _____

**Material excluded from this claim:** brief quote from other source

**New material included in claim:** text, excluding brief quote from other source

## Rights and Permissions _____

**Organization Name:** Alfred A. Knopf
**Address:** c/o Penguin Random House LLC
1745 Broadway
New York, NY 10019

## Certification _____

**Name:** Michele Park

Page 1 of 2

**Registration #:**  TX0008071643
**Service Request #:**  1-2617017258

Penguin Random House LLC
Michele Park
1745 Broadway, 15th Fl.
New York, NY 10019

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karen A. Temple*

United States Register of Copyrights and Director



**Registration Number**

**TX 8-745-884**

**Effective Date of Registration:**
November 16, 2018

---

## Title

**Title of Work:**   KINGDOM OF THE BLIND

## Completion/Publication

**Year of Completion:**   2017
**Date of 1st Publication:**   November 06, 2018
**Nation of 1st Publication:**   United States

## Author

- **Author:**   LOUISE PENNY
  **Author Created:**   text
  **Domiciled in:**   Canada

## Copyright Claimant

**Copyright Claimant:**   THREE PINES CREATIONS, INC
*C/O MACMILLAN PUBLISHING GROUP LLC D/B/A ST. MARTIN'S
PRESS, 175 FIFTH AVENUE, NEW YORK, NY, 10010
**Transfer statement:**   by written agreement

## Certification

**Name:**   RIA ALMESTICA
**Date:**   November 13, 2018

**Correspondence:**   Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# TX 6-993-636

**Effective date of
registration:**

July 6, 2009

## Title

**Title of Work:** LET THE GREAT WORLD SPIN   A Novel

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** June 23, 2009        **Nation of 1st Publication:** United States

**International Standard Number:** ISBN        9781400063734

## Author

**Author:** Colum McCann

**Author Created:** Entire text excluding epigraph

**Citizen of:** Ireland

## Copyright claimant

**Copyright Claimant:** Colum McCann

c/o The Wylie Agency, Inc., 250 West 57th Street, Suite 2114, New York,
NY, 10107, United States

## Limitation of copyright claim

**Material excluded from this claim:** photographs, Epigraph

**New material included in claim:** Entire text excluding epigraph

## Rights and Permissions

**Organization Name:** Random House

**Address:** 1745 Broadway

3rd Floor

New York, NY 10019   United States

## Certification

**Name:**  Deborah Foley

**Date:**  July 2, 2009

**Registration #:**   TX0006993636

**Service Request #:**   1-211035631

Random House
Deborah Foley
1745 Broadway
3rd Floor
New York, NY 10019  United States

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-531-981**

**Effective Date of Registration:**
November 06, 2017

*25 July 18*

*Penguin Press*

## Title

Title of Work: LITTLE FIRES EVERYWHERE

## Completion/Publication

Year of Completion: 2017
Date of 1st Publication: September 12, 2017
Nation of 1st Publication: United States
International Standard Number: ISBN 978-0-7352-2429-2

## Author

- Author: Celeste Ng
Author Created: text
Work made for hire: No
Citizen of: United States

## Copyright Claimant

Copyright Claimant: Celeste Ng
c/o Penguin Random House LLC, 375 Hudson Street, New York, NY, 10014

## Certification

Name: Tsuyako Uehara
Date: November 02, 2017

Correspondence: Yes

Type of Work:         Text

Registration Number / Date:
                      TX0008404360 / 2017-04-27

Application Title: The Lost City of the Monkey God.

Title:                The Lost City of the Monkey God.

Description:          Book, 326 p.

Copyright Claimant:
                      Splendide Mendax, Inc., Transfer: By written agreement.

Date of Creation:  2016

Date of Publication:
                      2017-01-03

Nation of First Publication:
                      United States

Authorship on Application:
                      Douglas Preston; Domicile: United States; Citizenship:
                        United States. Authorship: text.

Pre-existing Material:
                      photograph(s), previously published text.

Basis of Claim:       text.

ISBN:                 9781455540006

Names:                Preston, Douglas
                      Splendide Mendax, Inc.

================================================================================

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tugler*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-564-674**

**Effective Date of Registration:**
April 17, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Manhattan Beach |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | October 03, 2017 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 9781476716732 |

## Author

| | |
|---|---|
| •    **Author:** | Jennifer Egan |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Jennifer Egan |
| | 1230 Avenue of the Americas, New York, NY, 10020, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Simon & Schuster Permissions Dept. |
| **Address:** | c/o Simon & Schuster, Inc. |
| | 1230 Avenue of the Americas |
| | New York, NY 10020 United States |

## Certification

| | |
|---|---|
| **Name:** | Lauren Horvath |
| **Date:** | April 13, 2018 |

**Applicant's Tracking Number:** Scribner 10083490

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-895-400

**Effective date of registration:**

October 10, 2008

## Title

| | |
|---|---|
| **Title of Work:** | Masterpiece |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2008 | | |
| **Date of 1st Publication:** | September 30, 2008 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Elise Broach | | |
| **Author Created:** | text | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ■ **Author:** | Kelly Murphy | | |
| **Author Created:** | artwork | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Elise Broach |
| | 129 Adams Road, Easton, CT, 06612, United States |
| **Copyright Claimant:** | Kelly Murphy |
| | 470 Towne Street, North Attleboro, MA, 02760, United States |

## Rights and Permissions

**Organization Name:** Henry Holt and Company

**Name:** Mimi Ross

**Email:** mimi.ross@hholt.com          **Telephone:** 646-307-5299

**Address:** 175 5th Ave
10th Floor
New York, NY 10010

## Certification

**Name:** Mimi Ross

**Date:** October 8, 2008

**IPN#:**

**Registration #:**   TX0006895400

**Service Request #:**   1-102955121

Henry Holt and Company
Mimi Ross
175 5th Ave
10th Floor
New York, NY 10010

```
Type of Work:        Text

Registration Number / Date:
                     TX0006932508 / 2008-06-24

Application Title: The Monster of Florence.

Title:               The Monster of Florence.

Description:         Book.

Copyright Claimant:
                     Splendide Mendax, Inc.and Mario Spezi, Transfer: By
                        Agreement.

Date of Creation:  2008

Date of Publication:
                     2008-06-10

Authorship on Application:
                     Douglas Preston; Citizenship: United States. Authorship:
                        Author of Text.
                     Mario  Spezi; Citizenship: United States. Authorship:
                        Author of Text.

Names:               Preston, Douglas
                     Spezi, Mario
```

===============================================================================

CERTIFICATE OF RENEWAL REGISTRATION     FORM RE

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*Barbara Ringer*

Register of Copyrights
United States of America

| REGISTRATION NUMBER |
|---|
| RE     52-130 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| JAN 22 1980 |
| (Month)   (Day)   (Year) |

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**1**
**Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name  Mary Hemingway,
Address  c/o Alfred Rice, 40 West 55th Street, New York, N.Y. 10019
Claiming as  Widow of Author
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**2**
**Work Renewed**

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

THE OLD MAN AND THE SEA

RENEWABLE MATTER:

THE OLD MAN AND THE SEA

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: Life Magazine
If a periodical or other serial, give: Vol. 33* No. 9* Issue Date August 28, 1952 * 9/1/52 *

**3**
**Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

ERNEST HEMINGWAY

**4**
**Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
B5-21683

ORIGINAL COPYRIGHT CLAIMANT:
ERNEST HEMINGWAY

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give:

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF PUBLICATION: August 28, 1952
(Month)  (Day)  (Year)

DATE OF REGISTRATION:
(Month)  (Day)  (Year)

| | |
|---|---|
| EXAMINED BY: | 22 JAN 1980 |
| CHECKED BY: | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 122055 JAN 22 80 |

FOR COPYRIGHT OFFICE USE ONLY

United States Copyright Office (3.3)

RE 52-130

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol. ..... No..... Issue Date ........
Date of Publication: ............................... Registration Number: ................
(Month)      (Day)      (Year)

**2**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol. ..... No..... Issue Date ........
Date of Publication: ............................... Registration Number: ................
(Month)      (Day)      (Year)

**3**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol. ..... No..... Issue Date ........
Date of Publication: ............................... Registration Number: ................
(Month)      (Day)      (Year)

**4**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol. ..... No..... Issue Date ........
Date of Publication: ............................... Registration Number: ................
(Month)      (Day)      (Year)

**5**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol. ..... No..... Issue Date ........
Date of Publication: ............................... Registration Number: ................
(Month)      (Day)      (Year)

**6**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol. ..... No..... Issue Date ........
Date of Publication: ............................... Registration Number: ................
(Month)      (Day)      (Year)

**7**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol. ..... No..... Issue Date ........
Date of Publication: ............................... Registration Number: ................
(Month)      (Day)      (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ...........................................................
Account Number: ...........................................................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Alfred Rice
Address: 40 West 55th Street (Apt)
New York, New York 10019
(City)         (State)         (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: Mary Hemingway
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Alfred Rice_

Typed or printed name: Alfred Rice

Date: January 15, 1980

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Alfred Rice
(Name)
40 West 55th Street
(Number, Street and Apartment Number)
New York, New York 10019
(City)    (State)    (ZIP code)

27 MAR 1980
(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate



**CERTIFICATE OF REGISTRATION**



UNITED STATES COPYRIGHT OFFICE

THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**TX 5-327-522**

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

ON WRITING

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**a** NAME OF AUTHOR ▼

Stephen King

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.
entire work (excluding excerpts as noted)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2000 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 3   Year ▶ 2000
USA ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

STEPHEN KING
c/o Simon & Schuster, Inc.
1230 Avenue of the Americas - 17th floor
New York, NY 10020

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
OCT 10 2000

ONE DEPOSIT RECEIVED
DEC 06 2000

TWO DEPOSITS RECEIVED
DEC 06 2000

REMITTANCE NUMBER AND DATE

MORE ON BACK
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of **2** pages

CHECKED BY

| CORRESPONDENCE | |
|---|---|
| ☐ Yes | |

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give:   Previous Registration Number ▼     Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

excerpts used by permission

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

entire work (excluding excerpts as noted)

See instructions
before completing
this space.

**7** ---space deleted---

**8** **REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords    b ☒ Copies Only    c ☐ Phonorecords Only

See instructions.

**9** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Simon & Schuster, Inc.     Account Number ▼   DA066001

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Heather McNallie

(below)

Be sure to
give your
daytime phone
number.

Area Code & Telephone Number ▶   (212) 698-7249

**10** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Simon & Schuster, Inc.
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Kathleen Nolan     date ▶   10-3-0

Handwritten signature (X) ▼

*Kathleen Nolan*

**11** MAIL CERTIFICATE TO

Name ▼
Heather McNallie     trade

Number/Street/Apartment Number ▼
c/o Simon & Schuster, Inc.
1230 Avenue of the Americas - 17th floor

City/State/ZIP ▼
New York, NY 10020

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## SR 769-751

**Effective Date of Registration:**
March 31, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Out of My Mind |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | March 29, 2016 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 9781508222460 |

## Author

| | |
|---|---|
| **Author:** | Simon & Schuster, Inc. |
| **Author Created:** | sound recording, Performance |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Simon & Schuster, Inc. |
| | 1230 Ave of the Americas, New York, NY, 10020, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Simon & Schuster, Inc. |
| **Address:** | 1230 Ave of the Americas - 12th Floor |
| | New York, NY 10020 United States |

## Certification

| | |
|---|---|
| **Name:** | Danny LeMar |
| **Date:** | March 30, 2016 |
| **Applicant's Tracking Number:** | Ath 10078128 (Draper) |

*0000SR000076975102 02*

```
Type of Work:          Text

Registration Number / Date:
                       TX0007152543 / 2010-03-16

Application Title: Out of My Mind.

Title:                 Out of My Mind.

Description:           Book, 295 p.

Copyright Claimant:
                       Sharon M. Draper.

Date of Creation:  2010

Date of Publication:
                       2010-03-09

Nation of First Publication:
                       United States

Authorship on Application:
                       Sharon M. Draper; Citizenship: United States. Authorship:
                         text.

Rights and Permissions:
                       Atheneum, Simon & Schuster, Inc.-17th Floor, 1230 Avenue of
                         the Americas, New York, NY, 10020

ISBN:                  9781416971702

Names:                 Draper, Sharon M.

================================================================================
```

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-677-455

**Effective Date of Registration:**
November 29, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | PAST TENSE  A Jack Reacher Novel |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | November 05, 2018 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 9780399593512 |

## Author

| | |
|---|---|
| • **Author:** | Lee Child |
| **Author Created:** | text |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lee Child |
| | c/o Darley Anderson Literary, TV and Film Agency, 11 Eustace Road, London, SW6 1JB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Title page photograph |
| **New material included in claim:** | text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Delacorte Press |
| **Address:** | 1745 Broadway |
| | 5th Floor |
| | New York, NY 10019 United States |

## Certification



**Name:**   Deborah Foley
**Date:**   November 28, 2018

**Registration #:** TX0008677455
**Service Request #:** 1-7170904791

Delacorte Press
Deborah Foley
1745 Broadway
14th Floor
New York, NY 10019 United States

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-990-221

**Effective Date of Registration:**
December 22, 2014

## Title
_____

Title of Work: A PATH APPEARS: Transforming Lives, Creating Opportunity

## Completion/Publication
_____

Year of Completion: 2014
Date of 1st Publication: September 23, 2014
Nation of 1st Publication: United States
International Standard Number: ISBN 9780385349918

## Author
_____

- Author: Nicholas D. Kristof
  Author Created: text, photograph(s), excluding quotes and additional photos from other sources
  Work made for hire: No
  Citizen of: United States

- Author: Sheryl WuDunn
  Author Created: text, photograph(s), excluding quotes and additional photos from other sources
  Work made for hire: No
  Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Nicholas D. Kristof
c/o Janklow & Nesbit Associates, 445 Park Avenue, New York, NY, 10022

Copyright Claimant: Sheryl WuDunn
c/o Janklow & Nesbit Associates, 445 Park Avenue, New York, NY, 10022

## Limitation of copyright claim
_____

Material excluded from this claim: photographs, and quotes from other sources

New material included in claim: text, photographs, excluding quotes and additional photos from other sources

## Rights and Permissions
_____

Organization Name: Alfred A. Knopf

**Registration #:**   TX0007990221
**Service Request #:**   1-1951193874

Penguin Random House LLC
Michele Park
1745 Broadway, 15th Fl.
New York, NY 10019



Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-991-120**

**Effective Date of Registration:**
December 05, 2014

## Title

**Title of Work:**   PERFIDIA

## Completion/Publication

**Year of Completion:**   2013
**Date of 1st Publication:**   September 09, 2014
**Nation of 1st Publication:**   United States
**International Standard Number:**   ISBN 9780307956996

## Author

**•   Author:**   James Ellroy
**Author Created:**   text, excluding brief epigraph
**Work made for hire:**   No
**Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   James Ellroy
c/o Sobel Weber Associates, Inc., 146 East 19th Street, New York, NY, 10003

## Limitation of copyright claim

**Material excluded from this claim:**   brief epigraph from other source

**New material included in claim:**   text, excluding brief epigraph

## Rights and Permissions

**Organization Name:**   Alfred A. Knopf
**Address:**   c/o Penguin Random House LLC
1745 Broadway
New York, NY 10019

## Certification

**Name:**   Michele Park
**Date:**   December 03, 2014

Page 1 of 2

Registration #:  TX0007991120
Service Request #:  1-1947635062

Penguin Random House LLC
Michele Park
1745 Broadway, 15th Fl.
New York, NY 10019

Type of Work:        Text

Registration Number / Date:
                     TX0008625531 / 2018-07-26

Application Title: The Pharaoh Key.

Title:               The Pharaoh Key : A Gideon Crew Novel.

Description:         Book, 311 p.

Copyright Claimant:
                     Lincoln Child.
                     Splendide Mendax, Inc., Transfer: By written agreement.

Date of Creation: 2018

Date of Publication:
                     2018-06-12

Nation of First Publication:
                     United States

Authorship on Application:
                     Douglas Preson; Domicile: United States; Citizenship:
                        United States. Authorship: text.
                     Lincoln Child; Citizenship: United States. Authorship:
                        text.

Pre-existing Material:
                     excerpt from "In Praise of Limestone" and "Atlantis".

Basis of Claim:      text.

ISBN:                9781455525829

Names:               Preson, Douglas
                     Child, Lincoln
                     Splendide Mendax, Inc.

================================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TX0008490580 / 2017-09-07

Application Title: Refugee.

Title:               Refugee.

Description:         Book, 338 p.

Copyright Claimant:
                     Alan Gratz.

Date of Creation:  2017

Date of Publication:
                     2017-08-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Alan Gratz; Domicile: United States; Citizenship: United
                        States. Authorship: text.

Names:               Gratz, Alan

=============================================================================
```

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 8-021-205

**Effective Date of Registration:**
April 14, 2015

---

## Title
─────────────────────────────────────────────────

Title of Work:   SIMON VS. THE HOMO SAPIENS AGENDA

## Completion/Publication
─────────────────────────────────────────────────

Year of Completion:   2015
Date of 1st Publication:   April 01, 2015
Nation of 1st Publication:   United States

## Author
─────────────────────────────────────────────────

•   Author:   Becky Albertalli
Author Created:   text
Citizen of:   United States
Domiciled in:   United States

## Copyright Claimant
─────────────────────────────────────────────────

Copyright Claimant:   Becky Albertalli
c/o HarperCollins Publishers LLC, 195 Broadway, New York, NY, 10007

## Certification
─────────────────────────────────────────────────

Name:   Eboni Walker
Date:   April 06, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-771-878

**Effective date of
registration:**

September 13, 2013

*6 Jan 2014*

*Current*

## Title
**Title of Work:** THE SPORTS GENE:  Inside the Science of Extraordinary Athletic Performance

## Completion/Publication
**Year of Completion:** 2013

**Date of 1st Publication:** August 1, 2013      **Nation of 1st Publication:** United States

## Author
*ISBN: 978-1-59184-511-9*

**Author:** David Epstein

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** David Epstein

c/o Penguin Group (USA), 375 Hudson Street, New York, NY, 10014,
United States

## Certification
**Name:** Tsuyako Uehara

**Date:** September 11, 2013

**Registration #:** TX0007771878
**Service Request #:** 1-987056328



Penguin Group (USA) --- Copyrights Department
Tsuyako Uehara
375 Hudson Street
New York, NY 10014  United States

```
Type of Work:         Text

Registration Number / Date:
                      TX0005161206 / 2000-03-27

Title:                The tipping point : how little things can make a big
                         difference / Malcolm Gladwell.

Edition:              1st ed.

Imprint:              Boston : Little, Brown,  c2000.

Description:          279 p.

Copyright Claimant:
                      Malcolm Gladwell

Date of Creation:     2000

Date of Publication:
                      2000-03-01

Names:                Gladwell, Malcolm

===============================================================================
```

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RI**

UNITED STATES COPYRIGHT OFFIC



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

RE    387 164

EFFECTIVE DATE OF RENEWAL REGISTRATION
JUN. 1 3 1988
(Month)      (Day)      (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name . . . . . . . Harper Lee
Address . . . . . . . c/o McIntosh & Otis, 310 Madison Ave., New York, NY  10017
Claiming as . . . . . . . author
*(Use appropriate statement from Instructions)*

2
Name . . . . . .
Address . . . . . .
Claiming as . . . . . .
*(Use appropriate statement from Instructions)*

3
Name . . . . . .
Address . . . . . .
Claiming as . . . . . .
*(Use appropriate statement from Instructions)*

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

TO KILL A MOCKINGBIRD

RENEWABLE MATTER:

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:
Title of periodical or composite work:
If a periodical or other serial, give: Vol. . . . . . . No. . . . . . . Issue Date . . . . . .

**(3) Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

Harper Lee

**(4) Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
A 448971

ORIGINAL COPYRIGHT CLAIMANT:
Harper Lee

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: April 25, 1960
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION: . . . . . . . .
(Month)   (Day)   (Year)

| EXAMINED BY: | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| DEPOSIT ACCOUNT FUNDS USED: | REMITTANCE NUMBER AND DATE | |

RE   387 164

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ....................
Title of Periodical: .................... Vol. ......... No. ......... Issue Date ...............
Date of Publication: ....................  (Month)  (Day)  (Year)   Registration Number: ...............

**2**
Title of Contribution: ....................
Title of Periodical: .................... Vol. ......... No. ......... Issue Date ...............
Date of Publication: ....................  (Month)  (Day)  (Year)   Registration Number: ...............

**3**
Title of Contribution: ....................
Title of Periodical: .................... Vol. ......... No. ......... Issue Date ...............
Date of Publication: ....................  (Month)  (Day)  (Year)   Registration Number ...............

**4**
Title of Contribution: ....................
Title of Periodical: .................... Vol. ......... No. ......... Issue Date ...............
Date of Publication: ....................  (Month)  (Day)  (Year)   Registration Number: ...............

**5**
Title of Contribution: ....................
Title of Periodical: .................... Vol. ......... No. ......... Issue Date ...............
Date of Publication: ....................  (Month)  (Day)  (Year)   Registration Number: ...............

**6**
Title of Contribution: ....................
Title of Periodical: .................... Vol. ......... No. ......... Issue Date ...............
Date of Publication: ....................  (Month)  (Day)  (Year)   Registration Number: ...............

**7**
Title of Contribution: ....................
Title of Periodical: .................... Vol. ......... No. ......... Issue Date ...............
Date of Publication: ....................  (Month)  (Day)  (Year)   Registration Number: ...............

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

HARPER & ROW, PUBLISHERS, INC.

Name: ....................
Account Number: DAO 56707

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: HARPER & ROW, PUBLISHERS, INC.
Address: 10 EAST 53rd STREET  (Apt.)
NEW YORK, N.Y. 10022
(City)  (State)  (ZIP)

**⑥ Fee and Correspondence**

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ☒ duly authorized agent of: Harper Lee
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) .... *Nancy Bernaschina* ....
Typed or printed name: Nancy Bernaschina
Date: 6 June 1988

**⑦ Certification** (Application must be signed)

---

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

COPYRIGHT DEPARTMENT  (Name)
HARPER & ROW, PUBLISHERS, INC.
10 EAST 53rd STREET  (Street and Apartment Number)
NEW YORK, N.Y. 10022  (City)  (State)  (ZIP code)

**⑧ Address for Return of Certificate**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn A. Engle*

3 May 2018

Acting United States Register of Copyrights and Director

**Registration Number**

# TX 8-522-411

**Effective Date of Registration:**
October 26, 2017

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title _____   Dutton YR

Title of Work:   TURTLES ALL THE WAY DOWN

## Completion/Publication

Year of Completion:   2017
Date of 1st Publication:   October 10, 2017
Nation of 1st Publication:   United States
International Standard Number:   ISBN 978-0-525-55536-0

## Author

• Author:   John Green
Author Created:   text
Citizen of:   United States

## Copyright Claimant

Copyright Claimant:   John Green
c/o Penguin Random House LLC, 375 Hudson Street, New York, NY, 10014, United States

## Certification

Name:   Sharon Watson
Date:   October 24, 2017



Page 1 of 1

*0000TX000852241 10202*

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-111-966

**Effective date of
registration:**

December 1, 2009

## Title

**Title of Work:** Under the Dome

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** November 10, 2009       **Nation of 1st Publication:** United States

**International Standard Number:** ISBN          9781439148501

## Author

■       **Author:** Stephen King

**Author Created:** text

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Stephen King

c/o Simon & Schuster, 1230 Avenue of the Americas, New York, NY, 10020

## Limitation of copyright claim

**Material excluded from this claim:** Maps, noted lyrics

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Scribner

**Address:** Simon & Schuster, Inc.-17th Floor

1230 Avenue of the Americas

New York, NY 10020

## Certification

**Name:** Emily Keyes

**Date:** November 11, 2009

**Applicant's Tracking Number:** JW's office

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

28 Jan 2010

**Registration Number**

## TX 7-032-013

**Effective date of
registration:**

May 27, 2009

---

## Title

**Title of Work:** WINTERGIRLS

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** March 19, 2009        **Nation of 1st Publication:** United States

## Author

**Author:** Laurie Halse Anderson

**Author Created:** entire text

**Work made for hire:** No

**Citizen of:** United States

**Anonymous:** No        **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Laurie Halse Anderson

c/o Penguin Group (USA) Inc., 375 Hudson Street, New York, NY, 10014

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Sasha Kellner

**Date:** April 3, 2009

---

**Registration #:**   TX0007032013

**Service Request #:**   1-200980777

Penguin Group (USA) Inc.
Copyrights Department
375 Hudson Street
New York, NY 10014

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-540-540**

Effective Date of Registration:
January 03, 2018

## Title

Title of Work: THE WOMAN IN THE WINDOW

## Completion/Publication

Year of Completion: 2018
Date of 1st Publication: January 01, 2018
Nation of 1st Publication: United States

## Author

- Author: A. J. Finn
  Author Created: text
  Work made for hire: No
  Citizen of: United States
  Domiciled in: United States
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: A.J. Finn, Inc.
c/o HarperCollins Publishers, 195 Broadway, New York, NY, 10007, United
States
Transfer statement: By written agreement

## Certification

Name: Leigh Browne
Date: January 02, 2018

Correspondence: Yes