# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Dale M. Cendali, P.C.
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

601 Lexington Avenue
New York, New York 10022

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

August 23, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/23/2019

**Via Hand Delivery**

United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *Chronicle Books, LLC v. Audible, Inc.*, No. _____

Dear Your Honor:

We represent Plaintiffs Chronicle Books, LLC; Hachette Book Group, Inc.; HarperCollins Publishers LLC; Macmillan Publishing Group, LLC; Penguin Random House LLC; Scholastic Inc.; and Simon & Schuster, Inc. in the above-referenced litigation. Exhibits 1 and 2 to the Complaint filed in this action are physical media, specifically two promotional videos for Defendant Audible, Inc.'s Audible Captions feature. To file those physical copies, the Clerk of the Court requires an order from Your Honor. Accordingly, we respectfully seek leave from this Court to file these physical exhibits with the Clerk.

Sincerely,

*[signature]*

Dale M. Cendali, P.C.

Enclosures (via Hand Delivery only)

*Application granted*
*Valerie C[aproni]*
*8/23/19*