

**Emily Reisbaum**
ereisbaum@cgr-law.com
Direct: 212.633.4311

**By ECF and Hand Delivery**　　　　　　　　　　　　　　　September 12, 2019

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

　　　　Re:　*Chronicle Books et. al. v. Audible, Inc.*, 19 Civ. 7913 (VEC)

Dear Judge Caproni:

　　We represent Audible, Inc. ("Audible") in the above-captioned litigation. Audible's Opposition to Plaintiffs' Motion for a Preliminary Injunction will be filed today. Exhibits A and B to the supporting declaration of Mr. Richard Stern in Opposition to Plaintiffs' Motion are physical media, specifically two videos demonstrating the use and features of Audible Captions. To file those physical exhibits, the Clerk of the Court requires an order from Your Honor. Accordingly, we respectfully seek leave from this court to file those physical exhibits with the Clerk.

　　Thank you very much for your attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　Emily Reisbaum

cc:　　All counsel (via ECF)